AIMEE CELESTE PUGH
72 NICOLAUS DR
HATTIESBURG, MS 39402

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

AVANT LLC
ATTN: BANKRUPTCY
222 W MECHANDISE MART
CHICAGO, IL 60654

BISON CASH
PO BOX 654
SANTA YSABEL, CA 92070

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

COMENITYCAPITAL
PO BOX 182120
COLUMBUS, OH 43218

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

CREDITFRESH
200 CONTINENTAL DRIVE
SUITE 401
NEWARK, DE 19713

FREEDOM MORTGAGE
ATTN: BANKRUPTCY
951 YAMATO RD STE 175
BOCA RATON, FL 33431

GENESIS FS CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

GLOBAL LENDING SERVICE
ATTN: BANKRUPTCY
PO BOX 10437
GREENVILLE, SC 29603

HARBOR LOAN
100 EASTBROOK DR
STE 40
PETAL, MS 39465

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD, MS 38655

JORA CREDIT
P.O. BOX 8407
PHILADELPHIA, PA 19101

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

KEESLER FCU
ATTN: BANKRUPTCY DEPARTMENT
2602 PASS RD , P.O.BOX 7001
BILOXI, MS 39531

KEESLER FCU
P.O.BOX 700
BILOXI, MS 39531

LVNV FUNDING
2810 SOUTHAMPTON RD
PHILADELPHIA, PA 19154

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

MARSHALL CARR
72 NICOLAUS DR
HATTIESBURG, MS 39401

MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS, TN 38187

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

NELNET
PO BOX 82561
LINCOLN, NE 68501

PERSONIFY
PO BOX 208417
DALLAS, TX 75320

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809

SECURITY FINANCE
PO BOX 3146
SPARTANBURG, SC 29304

SEZZLE
ATTN: BANKRUPTCY
700 NICOLLET MALL
MINNEAPOLIS, MN 55402

SPEEDY CASH
2312 TRINITY MILL RD
SUITE 100
CARROLLTON, TX 75006

SUNBELT FEDERAL CU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402

TILT
ATTN: BANKRUPTCY
9169 W STATE ST
GARDEN CITY, ID 83714

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232