**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI**

**In re: Aimee Celeste Pugh** **CHAPTER 13**
**Debtor** **CASE NO. 26-51489-KM**

# OBJECTION TO CHAPTER 13 PLAN CONFIRMATION

**COMES NOW**, Global Lending Services LLC ("Objector"), a secured creditor herein, and objects to confirmation of the Chapter 13 Plan on the following grounds:

1. Objector holds a claim against the Debtor and co-debtor, Marshall A. Carr, which is secured by a 2025 BUICK ENVISTA , VIN: KL47LBEP7SB216551 ("Property").

2. The amount owed on the Property as shown on the Proof of Claim submitted by Objector is $32,553.16 plus interest at the contract rate of 13.95% per annum.

3. Debtor's Chapter 13 Plan proposes to value the Property at $33,472.00 with an interest rate of 8.5%.

4. Marshall A. Carr is a non-bankrupt co-debtor on the Note with Debtor.

5. The total amount owed on the Property which should be paid to Objector is approximately $32,553.16 plus interest at the contract rate of 13.95% per annum, and Objector should retain its lien on the Property until the total amount owed to Objector is paid in full.

**WHEREFORE, PREMISES CONSIDERED,** Objector files its Objection to Chapter 13 Plan Confirmation and prays that it be paid $32,553.16 plus interest at the contract rate of 13.95% per annum on the Property, that Objector should retain its lien on the Property until the total amount owed to Objector is paid in full, and for such other and more general relief as is just.

Respectfully submitted,

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi 39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com

## CERTIFICATE OF SERVICE

I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

David Rawlings at ecfnotices@rawlings13.net

US Trustee at USTPRegion05.AB.ECF@usdoj.gov

And I mailed via US Mail, postage prepaid, a copy to the following:

Aimee Celeste Pugh
72 Nicolaus Dr.
Hattiesburg, MS 39402

/s/ Charles Frank Fair Barbour