MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: Aimee Celeste Pugh

Debtor(s)

Case No.: 26-51489-KMS

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Freedom Mortgage Corporation, a
[Name of Corporate Party]

**[Check One]**

- [x] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**
- [ ] Corporate Debtor **FRBP 1007(a)(1)**
- [ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- [ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- [ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

- [x] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 10/23/2026

/s/ Kim Putnam
Attorney Signature

Kimberly D. Putnam
Attorney Name

102418
State Bar Number

1107 Highland Colony Pkwy, Suite 207
Address

Ridgeland, MS 39157
City, State, and Zip Code

801-355-2886
Telephone Number

info@hwmlawfirm.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**

**CERTIFICATE OF SERVICE**

I, Kimberly D. Putnam, hereby certify that I have notified the following interested parties of the Corporate Ownership Statement filed herein:

Thomas Carl Rollins, Jr
Attorney at Law
trollins@therollinsfirm.com

David Rawlings
Trustee
ecfnotices@rawlings13.net

U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

By electronic transmission or by mailing this notice and a copy of the above and foregoing filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this 23rd day of October, 2026.

/s/Kimberly D. Putnam
Kimberly D. Putnam