UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: AIMEE CELESTE PUGH

Chapter 13
Case No:26-51489 KMS

---

OBJECTION TO CONFIRMATION OF
INITIAL PLAN

---

Comes now David Rawlings, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code in that **1: the 2015 Nissan Frontier POC has been filed by Flowering Peach / Peritus, which is not the creditor listed in petition or Plan on surrendering this vehicle so that the schedules and Plan should be amended to add and treat the creditor on POC filed.**

2. 11 U.S.C. §1325(b). Payments to be paid to unsecured creditors are inconsistent with disposable income in that **1: the Debtor and boyfriend live together as a household and his income is not included in the 22c filed and no pay advices have been received for the boyfriend, the Debtor counts the live in boyfriend as a household member on 22c filed so that his income should be included as well.**

3. 11 U.S.C. §1325(a)(4). Creditors would receive a greater distribution under a Chapter 7 proceeding in that **1: the Best Interest is not met.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, David Rawlings , Standing Chapter 13 Trustee prays:

1. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307, sustain the objection, or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
2. The Trustee hereby objects to any amended plan filed hereafter.
3. That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated: 10/28/2026

/s/ Brian Wilson

Brian Wilson, Attorney
for Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
(601) 582-5011

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have on this day forwarded, a true and correct copy of the foregoing Objection, via the Court's ECF filing system, to: The U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; and Thomas C. Rollins, Jr, P O Box 13767, Jackson, MS 39236.

So certified on this 28th of October, 2026.

/s/ Brian Wilson

Brian Wilson