**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re: Aimee Celeste Pugh** — **CHAPTER 13**
**Debtor** — **CASE NO. 26-51489-KMS**

**AGREED ORDER ON OBJECTION TO PLAN [Dkt #17]**

**CAME BEFORE THIS COURT** on Objection of Global Lending Services LLC (“Objector”) to the Chapter 13 Plan, and based upon the agreement of the parties, the Court does hereby find that the parties agree as follows:

1. That Objector holds a claim against Debtor and co-debtor, Marshall A. Carr, which is secured by a 2025 BUICK ENVISTA , VIN: KL47LBEP7SB216551 (“Property”).

2. That the parties have agreed to amend the proposed payment on the Property from $33,472.00 with an interest rate of 8.5% to $32,553.16 plus interest at the contract rate of 13.95% per annum

3. That the parties have agreed that Objector should retain its lien on the Property until the total amount owed to Objector is paid in full.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Objection is hereby sustained as stated herein.

**IT IS FURTHER ORDERED AND ADJUDGED** that the proposed payment on the Property against which Objector has a claim as shown in the Debtor’s Chapter 13 Plan shall be amended from $33,472.00 with an interest rate of 8.5% to $32,553.16 plus interest at the contract

rate of 13.95% per annum and that Objector shall retain its lien on the Property until the total amount owed to Objector is paid in full.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall amend the wage order as needed to comply with the terms of this Agreed Order, and any other figures requiring adjustment as a result of this amendment shall be adjusted accordingly.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Agreed Order shall be applicable to any subsequently filed amended or modified Chapter 13 Plan.

**##END OF ORDER##**

AGREED AND APPROVED
AS TO FORM

/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Objector

/s/ Thomas Carl Rollins, Jr. (w/permission CB)
Thomas Carl Rollins, Jr.
Attorney for Debtor

/S/ Brian Wilson, Atty for

David Rawlings
Bankruptcy Trustee

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
UNDERWOOD LAW FIRM, PLLC
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1874
Madison, Mississippi 39130
Tel: (601) 981-7773
Fax: (601) 362-5673
cbarbour@underwoodlawfirm.com