# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51489 **Case Name:** Aimee Celeste Pugh

**Set:** 11/17/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Global Lending Services LLC (Dkt. #17) - AGREED ORDER ENTERED 11/2/26

Objection to Confirmation filed by the Trustee (Dkt. #20)- RESET TO 12/15/26 PER REQUEST OF PARTIES

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) The Trustee's Objection (Dkt #17) is reset to 12/15/26. Confirmation hearing removed. (mcc)